```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 18772
   JAMES E CWALINSKI
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5344


--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/12/2004 and was confirmed 07/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors a total of       30,000.00.

     The case was dismissed after confirmation 07/30/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
NATIONAL CAPITAL MGMT LL  SECURED           3400.00        167.66       3400.00
WASHINGTON MUTUAL         CURRENT MORTG        .00           .00           .00
AMERICAN FINANCIAL SOURC  UNSECURED       NOT FILED          .00           .00
AT&T UNIVERSAL            UNSECURED       NOT FILED          .00           .00
AT & T WIRELESS           UNSECURED       NOT FILED          .00           .00
BANK OF AMERICA NA        UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC       UNSECURED          3486.23         .00         126.70
AMOCO                     UNSECURED       NOT FILED          .00           .00
SHERMAN ACQUISITION       UNSECURED          3115.00         .00          98.32
ECAST SETTLEMENT CORP     UNSECURED           746.09         .00          15.03
CITIFINANCIAL             UNSECURED          4522.74         .00         149.98
CITIFINANCIAL             UNSECURED          2926.00         .00         106.36
DISCOVER FINANCIAL SERVI  UNSECURED          7914.52         .00         275.11
FIRST PREMIER BANK        UNSECURED       NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED         15151.47         .00         550.59
HOME DEPOT                UNSECURED       NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED            77.74         .00           .00
NATIONAL CAPITAL MGMT LL  UNSECURED          1621.79         .00          51.18
RADIO SHACK               UNSECURED       NOT FILED          .00           .00
SHELL CREDIT CARD         UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC       UNSECURED          7348.97         .00         255.46
WELLS FARGO FINANCIAL IL  UNSECURED           790.67         .00          15.95
WASHINGTON MUTUAL         MORTGAGE ARRE      385.45          .00         385.45
NATIONAL CITY BANK ~      UNSECURED           204.91         .00           .00
SHERMAN ACQUISITION       UNSECURED           554.91         .00          15.74
SHERMAN ACQUISITION       UNSECURED          9736.85         .00         353.81
SHERMAN ACQUISITION       UNSECURED           444.21         .00          15.45
RESURGENT CAPITAL SERVIC  UNSECURED              .00         .00            .00
MARC C SCHEINBAUM         DEBTOR ATTY      2,544.00                    2,544.00
TOM VAUGHN                TRUSTEE                                       460.46
DEBTOR REFUND             REFUND                                        108.75
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 18772 JAMES E CWALINSKI

Summary of Receipts and Disbursements:

```
                              RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       9,096.00

PRIORITY                                                    .00
SECURED                                                3,785.45
    INTEREST                                             167.66
UNSECURED                                              2,029.68
ADMINISTRATIVE                                         2,544.00
TRUSTEE COMPENSATION                                     460.46
DEBTOR REFUND                                            108.75
                           ---------------       ---------------
TOTALS                        9,096.00                 9,096.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 10/18/07                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                            PAGE   2
        CASE NO. 04 B 18772 JAMES E CWALINSKI